UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LIUBOV FURSENCO,

    Plaintiff,

v.                                        Case No: 5:23-cv-344-JSM-PRL

EQUIFAX INFORMATION SERVICES LLC,

    Defendant.

ORDER

The Court has been advised via a Notice of Settlement (Dkt. 44) that the above-styled action has been settled between Plaintiff and Defendant Equifax Information Services LLC. Accordingly, pursuant to Local Rule 3.09(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Defendant Equifax Information Services LLC and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Defendant Equifax Information Services LLC. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of February, 2024.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record